## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

JAMES AREN DUCKETT,

      Plaintiff,

v.                                                          Case No. 5:26-cv-524-JEP-PRL

WILLIAM GLADSON, et al.,

      Defendants.

_____

## <u>ORDER</u>

1. Plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. 3) is **GRANTED**.

2. Given the exigency of the pending death warrant, the Court directs Defendants to file a response to the Complaint (Doc. 2) and Emergency Motion for Stay of Execution (Doc. 5) by **5:00 p.m. on Friday, July 24, 2026**. If Defendants file a motion to dismiss, Plaintiff must file a response by **5:00 p.m. on Saturday, July 25, 2026**.

3.  The **Clerk** shall immediately e-mail a copy of the Complaint (Doc. 2), Motion (Doc. 5), and this Order to the Florida Attorney General's Office at capapp@myfloridalegal.com.

**DONE AND ORDERED** in Jacksonville, Florida, on July 23, 2026.

_____
JORDAN E. PRATT
UNITED STATES DISTRICT JUDGE

c:
Counsel of Record

2