**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**JAMES AREN DUCKETT,**

     **Plaintiff,**

                         **CASE NO. 5:26-CV-524**
                         **Active Warrant**
                         <span style="color:red">**Execution Scheduled for**</span>
**v.**                   <span style="color:red">**July 28, 2026, at 12:00pm**</span>

**WILLIAM GLADSON, et.al.,**

     **Defendants.**
_____/

## <u>NOTICE OF APPEARANCE</u>

COMES NOW, the Defendants, William Gladson, et al., by and through the undersigned counsel, and hereby give notice that Charmaine M. Millsaps, Special Counsel, Assistant Attorney General, who is admitted to practice in this Court, is appearing as lead counsel for Defendants in the instant case. Therefore, any and all pleadings should be sent to:

Charmaine.Millsaps@myfloridalegal.com

Nicole.Smith@myfloridalegal.com

Marilyn.Muir@myfloridalegal.com

Scott.Browne@myfloridalegal.com

Paula.Montlary@myfloridalegal.com

Nanette.Pelehach@myfloridalegal.com

Elizabeth.Bueter@myfloridalegal.com

Jennifer.Roberson@myfloridalegal.com

Amahjah.Wallace@myfloridalegal.com

Capapp@myfloridalegal.com

ALL PARTIES PLEASE TAKE NOTICE.

Respectfully submitted,

JAMES UTHMEIER
FLORIDA ATTORNEY GENERAL

/s/ *Charmaine M. Millsaps*
CHARMAINE M. MILLSAPS
Special Counsel, Assistant Attorney General
Florida Bar No. 00989134
Office of the Attorney General
PL-01, The Capitol
Tallahassee, FL 32399-1050
capapp@myfloridalegal.com
charmaine.millsaps@myfloridalegal.com

COUNSEL FOR DEFENDANTS

2

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this <u>23rd</u> day of July 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

<u>/s/ *Charmaine M. Millsaps*</u>
COUNSEL FOR DEFENDANTS